FILED

2009 NOV 30 PM 2:52

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES

BY _____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Bruce Rozenberg,

    Plaintiff,

vs.

American Express Company, a business entity, Patsy Harper, an individual, and Does 1 through 100, inclusive,

    Defendants.

Case No. CV09 08770 GW (RZx)

**JOINDER IN NOTICE OF REMOVAL OF ACTION**

[Complaint Filed: October 13, 2009]

-1-

JOINDER IN NOTICE OF REMOVAL OF ACTION

Defendant PATSY HARPER hereby joins in Defendant AMERICAN EXPRESS BANK, FSB's Notice of Removal to this Court of the state court action described in the concurrently filed Notice of Removal.

DATED: November 23, 2009

By _____
PATSY HARPER
Defendant

-2-

JOINDER IN NOTICE OF REMOVAL OF ACTION