**REMAND/MADE JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE ROZENBERG, | Case No. CV 09-8770-GW(RZx) |
| Plaintiffs, | **ORDER REMANDING MATTER TO STATE COURT** |
| v. | |
| AMERICAN EXPRESS COMPANY, et al., | |
| Defendants. | |

    Good cause appearing therefore, IT IS HEREBY ORDERED that the above referenced action, be remanded back to the Superior Court of the State of California for the county of Los Angeles, case no. PC046631.

    IT IS SO ORDERED.

Dated: June 21, 2010                 BY THE COURT

                                              _____
                                              HONORABLE GEORGE H. WU
                                              UNITED STATES DISTRICT COURT